# UNITED STATES DISTRICT COURT

## Southern District of Florida

FILED by //M D.C.

OCT 2 0 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**JANNETT PUSEY,**

     **Plaintiff,**

**vs.**

**THE SCHOOL BOARD OF MIAMI DADE COUNTY,**
    **Alberto Carvalho, Superintendent,**
    **Aventura Waterway K-8 Center,**

    **Defendants.**

_____/     **Case No.:**

## CIVIL ACTION: COMPLAINT UNDER THE CIVIL RIGHTS ACT TO REQUEST RELIEF FOR DECLARATORY INJUNCTION, COMPENSATORY DAMAGES, PUNITIVE DAMAGES, AND OTHER MISCELLANEOUS DAMAGES

### JURISDICTION

1. This court has jurisdiction pursuant to 18 U.S.C Sections 242, 1961, 1962, 1964, 28 U.S.C. Sections 1331, 1343(a)(3), and (4), 1367, and 42 U.S.C.

2. The venue is proper in the Southern District of Florida, pursuant to 28 U.S.C. Section1391. Plaintiff resides and works in this District, and Defendant is the owner/overseer of public schools in this District. All the acts complained of this complaint occurred and will continue to occur in this District.

1

## PARTIES

3.  Plaintiff, Jannett Pusey alleges that the civil rights of Plaintiff have been violated by Defendants named in this complaint, and by other individuals named and unknown who are employed by and are overseen by Defendants in the state of Florida.

4.  Plaintiff has been the holder of a professional educator certification, and has been an employee in the capacity of special education teacher, at Aventura Waterways K-8 Center when the severe and pervasive violation of civil rights action s continued.

5.  The actions in violation occurred at West Hialeah Gardens Elementary School and Continued to Aventura Waterways K-8 Center, and the Department of Education from about September 27, 2011 to present/

6.  Defendant is owner/operator of public schools and is in charge of overseeing schools, school personnel, and makes final decisions of employment and termination of employment at school district offices, school sites, and offices revoking professional educator certification.

## STATEMENT OF FACTS

7.  In September 2011, the fourth week into the new school year at West Hialeah Gardens Elementary School, a fourth grade, special education (ESE) student was assigned to Plaintiff. The initials E.A. will be used to address this student. E.A., out of rage from visiting his school counselor, kidnapped and battered Plaintiff with the classroom door for about four minutes. Plaintiff suffered a mild head trauma and upper torso discomfort.

8.  The Principal Sharon Gonzalez with co-conspirators, E.A., Kristina Peña, and Mary Piñeiro at West Hialeah Gardens Elementary School, in turn, called the police unit and

fabricated, lied under oath, a perjury, that Plaintiff battered the student instead. Student E.A. got immediate medical and child protective attentions.

9.    E.A. now becomes the alleged student victim. Plaintiff now the subject for investigation with the intent to incriminate Plaintiff unjustly. The Student E.A. confided in Plaintiff's then co-teacher, Sally Sidner, that Mary Piñeiro told him and other students to lie so that he, E.A., would not get into further trouble with the law, and that he, E.A., must let the Teacher, Plaintiff, lose the school-site job assignment so that the school-site administration can finally get rid of Plaintiff.

10.   From that point to present, Plaintiff has been purposefully followed and harassed repeatedly, with the repeated indulgence of acts of fraud, moral turpitude, and libel to willfully, maliciously, and repeatedly defame Plaintiff. This continuous pattern of conduct with repeated series of harassing Plaintiff, has caused Plaintiff a great amount of undue emotional stress. Plaintiff feared for her safety and wellbeing, requested a transfer to an amicable, less hostile environment.

11.   In August 2014, the beginning of the new school year at Aventura Waterway K-8 Center, P Plaintiff unknowingly was assigned a fourth-grade student with major severe condition of autism, and there were no documented proofs presented to the school registrar of these conditions. Also, there were no academic grade, no conduct grade, and no wellness and fitness grade records presented to the school registrar for eligibility to enter the public school system.

12.   The initials M.C. will be used to address this student. M.C. is an international student coming in from Argentina days before the beginning of the new school year. MC has never been to a school, or has never met a teacher, other than the parents and twin brother. Plaintiff has been M.C. first ever teacher in a first ever school outside of his home setting. M.C. appeared in Plaintiff's class with both his parents to meet Plaintiff.

3

13. When eruptions broke out in the classroom within the first two hours of the first day of the school year, Plaintiff immediately asked the employer at Aventura Waterway K-8 Center for a teacher assistant because of the major severe condition of the student M.C. Plaintiff was denied the request.

14. As days and weeks went by of the school year at Aventura Waterway K-8 Center, Plaintiff became the center piece of administrators, other teachers, and staff. Once or twice a week, Petitioner was called to the administrative office for reprimands populated with threat both verbally and in writing.

15. Plaintiff has been documented for the records for classroom management, schedules and professional conducts with regards to the school-year assignment that includes M.C. The autistic student M.C. has become an alleged victim, and Plaintiff has become the suspect

16. Further days and week went by of the school year at Aventura Waterway K-8 Center, and working conditions for Plaintiff increased in undue emotional stress, physical safety, and health safety.

17. Because of the below-prekindergarten functional life and academic skills; severe behavioral issues that endangered administration, teachers, and other students; the direct personal care needed to be rendered; and the attention needed to accommodate this student in the classroom setting to keep everyone safe, according to School Board Rules and Florida State Statutes, Plaintiff was deprived of interval breaks at work (including lunch, planning, and medical appointments), thus causing Plaintiff to work a daily work shift most days of the week until eight o'clock at nights

18. The condition exacerbated Plaintiff's medical condition, and Plaintiff sought outside help from the District 504 ADA Coordinator to investigate and expedite the student's educational, behavioral, and social plans. Department chair David Reiss directed Plaintiff to deal with the

4

conditions on Plaintiff's own professionalism. Plaintiff has become the subject of intentional severe and chronic stalking of harassments.

19. On or about September 17, 2014, at Aventura Waterway K-8 Center, and to present time, art teacher Kristy Garcia, as agent/co-conspirator of Principal Luis Bello, has been purposefully following and harassing Plaintiff, which has caused Plaintiff a great amount of emotional stress.

20. Art teacher Kristy Garcia, as agent/co-conspirator of Principal Luis Bello, fabricated and falsified documents to subject Plaintiff again to further retaliatory actions of malicious suspensions without pay, constructive termination of employment without due benefits, and threats of revocation of Plaintiff's professional educator certification in furtherance of grave emotional stress, pain, suffering, and economic hardship for Plaintiff.

21. Art teacher Kristy Garcia has hated Plaintiff for what Plaintiff has, and has discriminated against Plaintiff for who Plaintiff is.

## CAUSE OF ACTION

## Count One: re-alleged and incorporated by reference to Paragraphs 1 through 21

22. Plaintiff's Fourth, Fifth, Sixth Amendment Civil and Constitutional Rights have been violated with intentional and malicious acts to injure and to damage Plaintiff.

**Supporting Facts:**

23. Plaintiff has been intentionally put in "Double Jeopardy" to have Plaintiff's professional educator certification sanctioned.

24. Plaintiff has been a victim of continuous pattern of predicate acts of profiling, harassing, stereotyping, slandering, stalking, false allegations, and defaming participated directly and indirectly by Defendant, Defendant's contractor, contractor key employees, and other unnamed and unknown employees of contractor, Miami Dade County Public Schools,

Miami, Florida, to terminate Plaintiff's employment and revoke Plaintiff's professional educator certification because of Plaintiff's race.

**Count Two:  re-alleged and incorporated by reference to Paragraphs 1 through 21**

25.  Defendant, contractor and contractor employees, have used "Color of Law" to deprive Plaintiff of rights.

**Supporting Facts:**

26. Defendant, contractor and contractor employees have failed to keep Plaintiff from harm; deprivation of earned wages, benefits, promotions, and advancement in my professionalism; incrimination for false arrest; and blatant fabrication of evidences to terminate employment and revoke professional educator certification.

27. Special education students who have severe emotional, behavior, and cognitive challenges were put in Plaintiff's class without Plaintiff's knowledge of these challenging conditions of these students.

28. Plaintiff has been continuously assaulted and battered by these students with no assistance from school-site administrators at West Hialeah Gardens Elementary School, Hialeah Gardens, Florida, which continued to Aventura Waterways K-8 Center, Aventura, Florida.

**Count Three:  re-alleged and incorporated by reference to Paragraphs 1 through 21**

29. Defendant, contractor and contractor employees have discriminated against Plaintiff because of Plaintiff's race.

**Supporting Facts:**

30. Defendant, contractor and contractor employees have retaliated against Plaintiff when Plaintiff thought Plaintiff has been discriminated against and participated in protective activities.

31. Plaintiff has been repeatedly treated unjustly with retaliatory means of deprivation of earned income, medical benefits, fringe benefits, and advancement in my professional career as a seasoned professional holding a professional educators certification.

32. Plaintiff has been deprived of lunch break and sick-leave, and has been repeatedly punished for not adhering to schedule if a personal break or personal leave is taken.

33. Plaintiff has suffered a mild head trauma from the attack of the special education students, and provided documented proof,

34. Defendant, contractor and contractor employees have not given any compensation, medical assistance, or relief for a disability condition of Plaintiff.

**Count Four: re-alleged and incorporated by reference to Paragraphs 1 through 21**

35. Defendant, contractor and contractor employees have discriminated against Plaintiff by depriving of rights to a fair trial.

**Supporting Facts:**

36. Plaintiff has presented all material evidences as exhibits at all times, but were disregarded because of Plaintiff's race, and stereotyping Plaintiff that Plaintiff 's race is prone to such alleged violence and alleged criminal activities.to intentionally terminate Plaintiff's employment, and to intentionally revoke Plaintiff's professional educator certification.

**ADMINISTRATIVE RELIEF**

7

## ADMINISTRATIVE RELIEF

37. Plaintiff has sought and has exhausted all available relief from the proper administrative officials regarding the acts alleged.  A letter of "right to suit" has been issued by the Equal Employment Opportunity Commission (EEOC) (Exhibit A  Attached).

38. ;EEOC has reasons to believe that a "pattern and practice" of employment discrimination exists.

## REQUEST FOR DECLARATORY INJUNCTION AND RELIEF

39. Defendant's employment and workplace practices are in violation of the Fourth, Fifth, Sixth Amendments of the Civil Rights, U.S. Constitution 42 U.S.C. Section 1983.

40. Federal Statute 42 U.S.C. Section 1981(a) specifically permits a private lawsuit for monetary damages for any employee who has been the victim of intentional discrimination, harassment, and retaliation in employment and workplace practices.

41. WHEREFORE, Plaintiff requests that this Court grant the following relief:

   a. A declaratory injunction preventing Defendant from engaging in violation of civil rights in employment and workplace practices;

   b. A declaratory injunction preventing Defendant's unlawful barring of Plaintiff from earning a basic-living wage with employment as a teacher with the Miami-Dade County Public Schools, or any other District from the state of Florida;

   c. A declaratory injunction preventing Defendant's unlawful revoking of professional educators certification;

   d. A declaratory injunction preventing Defendant's unlawful barring Plaintiff from entering the education field; and

   e. Compensatory Damages;

8

    f.  Punitive Damages; and

    g.  Other Miscellaneous Damages.

## DEMAND

42. Plaintiff demands from Defendant Plaintiff's job assignment, Plaintiff's professional educator's certification, $3,000,000,000 relief for compensatory, punitive, and other miscellaneous damages, as this Honorable Court deem appropriate.

## CONSENT

43. Plaintiff consents to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment, pursuant to 27 U.S.C Section 636(c).

DATED this 20th day of October 2017

Respectfully submitted

Jannett Pusey's *Sui Juris*
With All Rights Reserved Without Prejudice
Plaintiff
jannettp@hotmail.com
P.O. Box 22943, Hialeah, FL 33002

## **AFFIDAVIT OF TRUTH STATEMENT**

I, JANNETT PUSEY, PLAINTIFF, declare that the information in this Civil Action Suit is true and correct to the best of my ability.

DATED this 20th day of October 2017

_____
Jannett Pusey's *Sui Juris*
With All Rights Reserved Without Prejudice
Plaintiff
jannettp@hotmail.com
P.O. Box 22943, Hialeah, FL 33002

## CERTIFICATE OF SERVICE

I, JANNETT PUSEY, PLAINTIFF, certify that a true copy of the foregoing document was mailed to:

> The School Board of Miami Dade County Public Schools
> Mr. Alberto Carvalho, Superintendent
> 1450 North East 2nd Avenue. Suite 912
> Miami, Florida 33132

DATED this 20th day of October 2017

_____

Jannett Pusey's *Sui Juris*
With All Rights Reserved Without Prejudice
Plaintiff
jannettp@hotmail.com
P.O. Box 22943, Hialeah, FL 33002

11

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:   Jannett Pusey
      Po Box 22943
      Hialeah, FL 33002

From:   Miami District Office
        Miami Tower, 100 S E 2nd Street
        Suite 1500
        Miami, FL 33131

☐   On behalf of person(s) aggrieved whose identity is
    CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2017-03322 | Frank C. Hernandez, Investigator | (305) 808-1749 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[X]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may **not** be collectible.

On behalf of the Commission

MICHAEL J. FARRELL,
District Director

JAN 1 8 2017
(Date Mailed)

Enclosures(s)

cc:

AVENTURA WATERWAYS K-8 CENTER
21101 Ne 26th Avenue
Aventura, FL 33180

# Exhibit A

12